UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN EGAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>PYRAMID ADVISORS LIMITED PARTNERSHIP d/b/a PYRAMID HOTEL GROUP and WINEGARDNER & HAMMONS HOTEL GROUP, LLC,<br><br>        Defendants. | Case No. 2:17-cv-01383-JFC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff John Egan and Defendants Pyramid Advisors Limited Partnership and Winegardner & Hammons Hotel Group LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice and without costs taxed against any party; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Respectfully submitted,

| | |
|---|---|
| /s/ *R. Bruce Carlson*<br>R. Bruce Carlson<br>Kelly K. Iverson<br>Carlson Lynch Sweet & Kilpela, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>bcarlson@carlsonlynch.com | /s/*Sherri A. Affrunti*<br>Sherri A. Affrunti<br>Reed Smith LLP<br>136 Main Street, Suite 250<br>Princeton, NJ 08540<br>609-514-5950<br>saffrunti@reedsmith.com |

kiverson@carlsonlynch.com

*Attorneys for Plaintiff John Egan*

*Attorneys for Defendants Pyramid Advisors Limited Partnership and Winegardner & Hammons Hotel Group LLC*

Dated:  October 2, 2018

Dated:  October 2, 2018